UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 10, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | |
| Ade Salim Lilly, | VIOLATIONS: |
| Defendant. | 18 U.S.C. § 115(a)(1)(B) |
| | (Influencing Federal Official by Threat) |
| | 18 U.S.C. § 875(c) |
| | (Interstate Communications with a Threat to Kidnap or Injure) |
| | 47 U.S.C. § 223(a)(1)(D) |
| | (Repeated Telephone Calls) |
| | 47 U.S.C. § 223(a)(1)(E) |
| | (Repeated Harassing Communication) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 22, 2022, in the District of Columbia and elsewhere, the defendant, **Ade Salim Lilly**, did threaten to assault and murder V.V., a Special Agent with the United States Capitol Police, with intent to impede, intimidate and interfere with Special Agent V.V. while he was engaged in and on account of the performance of his official duties.

(**Influencing Federal Official by Threat**, in violation of Title 18, United States Code, Section 115(a)(1)(B))

## COUNT TWO

On or about October 21, 2021, within the District of Columbia and elsewhere, the defendant, **Ade Salim Lilly,** did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is, R.D., an employee of a Member of Congress, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

**(Interstate Communications with a Threat to Kidnap or Injure,** in violation of 18 U.S.C. § 875(c))

## COUNT THREE

Beginning on or about April 12, 2023, and continuing until at least on or about June 13, 2023, within the District of Columbia and elsewhere, the defendant, **Ade Salim Lilly**, in interstate communications, made and caused the telephone of the Office of Congressional Representative #1 to repeatedly and continuously to ring, over 200 times, with the intent to harass a person at the called number.

**(Repeated Telephone Calls,** in violation of Title 47 U.S.C. § 223(a)(1)(D))

## COUNT FOUR

Beginning on or about April 12, 2023, and continuing until at least on or about June 6, 2023, within the District of Columbia and elsewhere, the defendant, Ade Salim Lilly, in interstate communications, made and caused the telephone of the Office of Congressional Representative #2 to repeatedly and continuously to ring, over 150 times, with the intent to harass a person at the called number.

**(Repeated Telephone Calls,** in violation of Title 47 U.S.C. § 223(a)(1)(D))

## COUNT FIVE

Beginning on or about June 12, 2023 and continuing until to June 13, 2023, within the District of Columbia and elsewhere, the defendant, Ade Salim Lilly, in interstate communications, made and caused the telephone of the Office of Congressional Representative #3 to repeatedly and continuously to ring, over 150 times, with the intent to harass a person at the called number.

(**Repeated Telephone Calls**, in violation of Title 47 U.S.C. § 223(a)(1)(D))

## COUNT SIX

Beginning on or about February 27, 2023 and continuing until to February 28, 2023, within the District of Columbia and elsewhere, the defendant, Ade Salim Lilly, in interstate communications, made and caused the telephone of the Office of Congressional Representative #4 to repeatedly and continuously to ring, over 500 times, with the intent to harass a person at the called number.

(**Repeated Telephone Calls**, in violation of Title 47 U.S.C. § 223(a)(1)(D))

## COUNT SEVEN

Beginning on or about February 6, 2023 and continuing until to February 27, 2023, within the District of Columbia and elsewhere, the defendant, Ade Salim Lilly, in interstate communications, made and caused the telephone of the Office of Congressional Representative #5 to repeatedly and continuously to ring, over 200 times, with the intent to harass a person at the called number.

(**Repeated Telephone Calls**, in violation of Title 47 U.S.C. § 223(a)(1)(D))

\* \* \*

## COUNT EIGHT

Beginning on or about February 1, 2022 and continuing until at least on or about October 16, 2023, within the District of Columbia and elsewhere, the defendant, **Ade Salim Lilly**, in interstate communications, made repeated interstate telephone calls (over 1000) to Offices of Congressional Representatives, during which communication ensured, solely to harass a person at the called number and the person who received a communication.

(**Repeated Harassing Communication**, in violation of Title 47 U.S.C. § 223(a)(1)(E))

A TRUE BILL:

FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia